IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN W. McGEE, SR.                                                                                    PLAINTIFF
ADC #079487

V.                                              NO. 5:02cv00441 GH

LARRY NORRIS, et al                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant Yarbrough's and Zoldessy's motion for summary judgment (docket entry #63) is granted and they are dismissed from this case, with prejudice. Judgment will be entered dismissing Plaintiff's case in its entirety. Any pending motions are denied as moot.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 7th day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE